United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Ashley Chloe Pohino Lopez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-26-1471 |
| | § | |
| Kristi Noem et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## <u>ORDER</u>

Pursuant to the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) filed on March 25, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **26** day of March, 2026.

_____
DAVID HITTNER
United States District Judge